1  CHARLES D. COCHRAN (State Bar No. 98064)
   RACHAEL ERICKSON (State Bar No. 217445)
2  HILTON, COCHRAN & BORBA, LLP
   50 Old Courthouse Square, Suite 601
3  Santa Rosa, CA 95404
   Telephone: (707) 544-9006
4  Facsimile: (707) 544-7213
   Email:    charlie@hintoncochran.com
5
   Attorney for Plaintiff
6  JAROD NEIGUM

7  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
8  MEGAN L. DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  2121 N California Blvd., Suite 800
   Walnut Creek, CA 94596
10 Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
11 Email:     cmellema@sonnenschein.com
              jbutler@sonnenschein.com
12            mdunham@sonnenschein.com

13 Attorneys for Defendant
   ALLSTATE INDEMNITY COMPANY
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18 JAROD NEIGUM,                         No. CV 09-1758 VRW

19              Plaintiff,               JOINT STIPULATION AND [PROPOSED]
                                         ORDER TO COMPLETE EARLY
20       vs.                             NEUTRAL EVALUATION

21 ALLSTATE INDEMNITY COMPANY,
   and DOES 1 through 100,
22
                Defendants.
23

24

25

26

27

28
   No. CV 09-1758 VRW                    STIPULATION AND [PROPOSED] ORDER
                                         REGARDING ENE DEADLINE

1  At the direction of the Court's ADR department, the parties hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

Pursuant to the Court's August 24, 2009 scheduling order, the parties agreed to participate in early neutral evaluation by October 30, 2009;

Plaintiff was recently injured and hospitalized and is unable to participate in the ENE by the October 30, 2009 deadline;

The parties are working diligently to find a date when all parties, counsel and the Evaluator are available to participate in the ENE session;

The parties STIPULATE to extend the ENE completion date AND RESPECTFULLY REQUEST the Court extend the deadline for the parties to complete ENE to December 31, 2009.

Dated: October 27, 2009

Respectfully Submitted,

HINTON, COCHRAN & BORBA, LLP

By _____
       CHARLIE COCHRAN

Attorneys for Plaintiff
JAROD NEIGUM

Dated: October 27, 2009

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
       CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

IT IS SO ORDERED.

Dated: October 28, 2009

**GRANTED**
Judge Vaughn R Walker

No. CV 09-1758 VRW                                        - 1 -              STIPULATION AND [PROPOSED] ORDER
                                                                             REGARDING ENE DEADLINE