CHARLES D. COCHRAN (State Bar No. 98064)
RACHAEL ERICKSON (State Bar No. 217445)
HILTON, COCHRAN & BORBA, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
Telephone: (707) 544-9006
Facsimile: (707) 544-7213
Email: charlie@hintoncochran.com

Attorney for Plaintiff
JAROD NEIGUM

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: cmellema@sonnenschein.com
jbutler@sonnenschein.com
mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAROD NEIGUM,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, and DOES 1 through 100,<br><br>Defendants. | No. CV 09-1758 VRW<br><br>STIPULATION TO ADD AN AFFIRMATIVE DEFENSE TO DEFENDANT ALLSTATE INDEMNITY COMPANY'S ANSWER |

No. CV 09-1758 VRW                                    STIPULATION TO ADD AN
                                                      AFFIRMATIVE DEFENSE

IT IS HEREBY STIPULATED by and between JAROD NEIGUM and ALLSTATE INDEMNITY COMPANY, by and through their respective attorneys of record, that Defendant Allstate may amend its answer to include a thirty-sixth affirmative defense for "advice of counsel," which reads as follow:

> The Complaint, and each purported cause of action in the Complaint, is barred because Allstate relied on the advice of its legal counsel, McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers, LLP.

Dated: October 26, 2009

Respectfully Submitted,

HINTON, COCHRAN & BORBA, LLP

By _____
CHARLIE COCHRAN

Attorneys for Plaintiff
JAROD NEIGUM

Dated: October 27, 2009

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

It is so ordered.

Dated: November 3, 2009 _____

**IT IS SO ORDERED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. CV 09-1758 VRW — 1 — STIPULATION TO ADD AN AFFIRMATIVE DEFENSE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600