1  CHARLES D. COCHRAN (State Bar No. 98064)
   RACHAEL ERICKSON (State Bar No. 217445)
2  HILTON, COCHRAN & BORBA, LLP
   50 Old Courthouse Square, Suite 601
3  Santa Rosa, CA 95404
   Telephone: (707) 544-9006
4  Facsimile: (707) 544-7213
   Email:    charlie@hintoncochran.com
5
   Attorney for Plaintiff
6  JAROD NEIGUM

7  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
8  MEGAN L. DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  2121 N California Blvd., Suite 800
   Walnut Creek, CA 94596
10 Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
11 Email:    cmellema@sonnenschein.com
              jbutler@sonnenschein.com
12            mdunham@sonnenschein.com

13 Attorneys for Defendant
   ALLSTATE INDEMNITY COMPANY
14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18 JAROD NEIGUM,                          No. CV 09-1758 VRW

19               Plaintiff,               STIPULATION TO ADD AN
                                          AFFIRMATIVE DEFENSE TO
20     vs.                                DEFENDANT ALLSTATE INDEMNITY
                                          COMPANY'S ANSWER
21 ALLSTATE INDEMNITY COMPANY,
   and DOES 1 through 100,
22
                 Defendants.
23

24

25

26

27

28

No. CV 09-1758 VRW                        STIPULATION TO ADD AN
                                          AFFIRMATIVE DEFENSE

IT IS HEREBY STIPULATED by and between JAROD NEGIUM and ALLSTATE INDEMNITY COMPANY, by and through their respective attorneys of record, that Defendant Allstate may amend its answer to include a thirty-sixth affirmative defense for "advice of counsel," which reads as follow:

> The Complaint, and each purported cause of action in the Complaint, is barred because Allstate relied on the advice of its legal counsel, McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers, LLP.

Dated: October 26, 2009

Respectfully Submitted,

HINTON, COCHRAN & BORBA, LLP

By _____
CHARLIE COCHRAN

Attorneys for Plaintiff
JAROD NEIGUM

Dated: October 27, 2009

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

It is so ordered.

Dated: November 3, 2009

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. CV 09-1758 VRW                      - 1 -                      STIPULATION TO ADD AN AFFIRMATIVE DEFENSE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600