CHARLES D. COCHRAN (State Bar No. 98064)
RACHAEL ERICKSON (State Bar No. 217445)
HILTON, COCHRAN & BORBA, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
Telephone: (707) 544-9006
Facsimile: (707) 544-7213
Email: charlie@hintoncochran.com

GUY O. KORNBLUM (State Bar No. 39974)
CLARK A. LAMMERS (State Bar No. 252520)
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
Email: gkornblum@kornblumlaw.com

Attorneys for Plaintiff
JAROD NEIGUM

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. BARKER (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: cmellema@sonnenschein.com
jbutler@sonnenschein.com
mbarker@sonnenschein.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAROD NEIGUM,<br><br>             Plaintiff,<br><br>   vs.<br><br>ALLSTATE INDEMNITY COMPANY, and DOES 1 through 100,<br><br>             Defendants. | No. CV 09-1758 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND FOR AN INDEPENDENT MEDICAL EXAMINATION** |

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600

Plaintiff Jarod Neigum and defendant Allstate Indemnity Company, through their respective counsel, enter into this stipulation based on the following facts:

1. On August 24, 2009, the Court entered an order setting the following deadlines:

    Designation of experts/reports:             January 29, 2010
    Designation of rebuttal experts/reports:    March 1, 2010
    Expert discovery cutoff:                    April 30, 2010

2. In December 2009, plaintiff associated new counsel into the case, who require additional time to become familiar with the case and prepare for the designation of experts.

3. Allstate has requested, and plaintiff has agreed, that plaintiff submit to a mental examination to allow Allstate to evaluate his emotional distress claim. Plaintiff's request that his deposition precede the mental examination precludes Allstate from having that examination performed, and a report or reports generated, before the January 29 expert designation deadline.

4. The only deadline the Court has previously modified in this case relates to ADR. By order dated October 28, 2009, the Court extended from October 30, 2009 to December 31, 2009 the date for the parties to complete early neutral evaluation. At the December 17, 2009 case management conference, the Court again extended that deadline to coincide with the close of non-expert discovery, March 31, 2010.

Based on the above facts, plaintiff and Allstate hereby stipulate as follows and request that the Court adopt this stipulation as its order:

1. The parties will exchange their expert designation and reports on or before April 1, 2010;

2. The parties will exchange their rebuttal expert designation and reports on or before April 23, 2010;

3. The expert discovery cut-off should be May 28, 2010;

4. Plaintiff will submit to an independent medical examination pursuant to Federal Rule of Civil Procedure 35 within 30 days after his deposition is completed. The examination will consist of a psychiatric interview with Dr. Margo Leahy and psychological testing administered by Paul Berg, Ph.D;

5. The modification of expert discovery deadlines identified above will affect no other deadline in the case.

IT IS SO STIPULATED.

**Filer's Attestation**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 26, 2010       By: _____/s/ JEFFRY BUTLER_____
                                   JEFFRY BUTLER

Dated: January 26, 2010       Respectfully Submitted,

                              GUY KORNBLUM & ASSOCIATES

                              By: _____/s/ GUY O. KORNBLUM_____
                                   GUY O. KORNBLUM

                              Attorneys for Plaintiff
                              JAROD NEIGUM

Dated: January 26, 2010       SONNENSCHEIN NATH & ROSENTHAL LLP

                              By: _____/s/ JEFFRY BUTLER_____
                                   JEFFRY BUTLER

                              Attorneys for Defendant
                              ALLSTATE INDEMNITY COMPANY

Pursuant to the stipulation above, IT IS SO ORDERED.

Dated: 2/2/2010                    _____
                                        Judge Vaughn R Walker

*IT IS SO ORDERED* — Judge Vaughn R Walker, United States District Court, Northern District of California

No. CV 09-1758 VRW        - 2 -        STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES/MEDICAL EXAM

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600