1  CHARLES D. COCHRAN (State Bar No. 98064)
   RACHAEL ERICKSON (State Bar No. 217445)
2  HILTON, COCHRAN & BORBA, LLP
   50 Old Courthouse Square, Suite 601
3  Santa Rosa, CA 95404
   Telephone: (707) 544-9006
4  Facsimile: (707) 544-7213
   Email:    charlie@hintoncochran.com
5
   GUY O. KORNBLUM (State Bar No. 39974)
6  CLARK A. LAMMERS (State Bar No. 252520)
   GUY KORNBLUM & ASSOCIATES
7  1388 Sutter Street, Suite 820
   San Francisco, CA 94109
8  Telephone: (415) 440-7800
   Facsimile: (415) 440-7898
9  Email:    gkornblum@kornblumlaw.com

10 Attorney for Plaintiff
   JAROD NEIGUM
11

12 CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
13 MEGAN L. BARKER (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
14 2121 N California Blvd., Suite 800
   Walnut Creek, CA 94596
15 Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
16 Email:    cmellema@sonnenschein.com
             jbutler@sonnenschein.com
17           mbarker@sonnenschein.com

18 Attorneys for Defendant
   ALLSTATE INDEMNITY COMPANY
19

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22                     SAN FRANCISCO DIVISION

23 | JAROD NEIGUM,                        | No. CV 09-1758 VRW
24 |         Plaintiff,                   | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN ADR SELECTION**
25 |   vs.                                |
26 | ALLSTATE INDEMNITY COMPANY,          |
   | and DOES 1 through 100,              |
27 |                                      |
   |         Defendants.                  |
28

The parties hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1. Pursuant to the Court's December 17, 2009 scheduling order, the parties agreed to participate in early neutral evaluation by March 31, 2010;

2. The parties, however, have agreed to submit the case to private mediation instead of early neutral evaluation;

3. To that end, the parties have scheduled a private mediation for March 17, 2010.

The parties STIPULATE to participate in private mediation AND RESPECTFULLY REQUEST the Court enter this order allowing the parties to participate in private mediation in lieu of early neutral evaluation.

Dated: March 1, 2010

Respectfully Submitted,

GUY KORNBLUM & ASSOCIATES

By_____/s/ CLARK LAMMERS_____
CLARK LAMMERS

Attorneys for Plaintiff
JAROD NEIGUM

Dated: March 1, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By_____/s/ JEFFRY BUTLER_____
JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

IT IS SO ORDERED.

Dated: __3/5/2010_____

_____
Hon. Vaughn R. Walker

IT IS SO ORDERED
Judge Vaughn R Walker

No. CV 09-1758 VRW — - 1 - — STIPULATION AND [PROPOSED] ORDER REGARDING ADR SELECTION

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600

**Filer's Attestation**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: March 1, 2010 By: */s/ JEFFRY BUTLER*

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600