CHARLES D. COCHRAN (State Bar No. 98064)
RACHAEL ERICKSON (State Bar No. 217445)
HILTON, COCHRAN & BORBA, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
Telephone: (707) 544-9006
Facsimile: (707) 544-7213
Email:      charlie@hintoncochran.com

GUY O. KORNBLUM (State Bar No. 39974)
CLARK A. LAMMERS (State Bar No. 252520)
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
Email:      gkornblum@kornblumlaw.com

Attorney for Plaintiff
JAROD NEIGUM

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. BARKER (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:      cmellema@sonnenschein.com
            jbutler@sonnenschein.com
            mbarker@sonnenschein.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAROD NEIGUM, | No. CV 09-1758 VRW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN ADR SELECTION** |
| vs. | |
| ALLSTATE INDEMNITY COMPANY, and DOES 1 through 100, | |
| Defendants. | |

The parties hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1. Pursuant to the Court's December 17, 2009 scheduling order, the parties agreed to participate in early neutral evaluation by March 31, 2010;

2. The parties, however, have agreed to submit the case to private mediation instead of early neutral evaluation;

3. To that end, the parties have scheduled a private mediation for March 17, 2010.

The parties STIPULATE to participate in private mediation AND RESPECTFULLY REQUEST the Court enter this order allowing the parties to participate in private mediation in lieu of early neutral evaluation.

Dated: March 1, 2010                     Respectfully Submitted,

                                         GUY KORNBLUM & ASSOCIATES


                                         By_____/s/ CLARK LAMMERS_____
                                                 CLARK LAMMERS

                                         Attorneys for Plaintiff
                                         JAROD NEIGUM


Dated: March 1, 2010                     SONNENSCHEIN NATH & ROSENTHAL LLP


                                         By_____/s/ JEFFRY BUTLER_____
                                                    JEFFRY BUTLER


                                         Attorneys for Defendant
                                         ALLSTATE INDEMNITY COMPANY

IT IS SO ORDERED.

Dated: _3/5/2010_____                   _____
                                                  Hon. Vaughn R. Walker

No. CV 09-1758 VRW            - 1 -      STIPULATION AND [PROPOSED] ORDER
                                         REGARDING ADR SELECTION

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600

**Filer's Attestation**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED:  March 1, 2010                              By:   */s/ JEFFRY BUTLER*