1  CHARLES D. COCHRAN (State Bar No. 98064)
   RACHAEL ERICKSON (State Bar No. 217445)
2  HILTON, COCHRAN & BORBA, LLP
   50 Old Courthouse Square, Suite 601
3  Santa Rosa, CA 95404
   Telephone: (707) 544-9006
4  Facsimile: (707) 544-7213
   Email:    charlie@hintoncochran.com
5
   GUY O. KORNBLUM (State Bar No. 39974)
6  CLARK A. LAMMERS (State Bar No. 252520)
   GUY KORNBLUM & ASSOCIATES
7  1388 Sutter Street, Suite 820
   San Francisco, CA 94109
8  Telephone: (415) 440-7800
   Facsimile: (415) 440-7898
9  Email:    gkornblum@kornblumlaw.com

10 Attorneys for Plaintiff
   JAROD NEIGUM
11

12 CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
13 MEGAN L. BARKER (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
14 2121 N California Blvd., Suite 800
   Walnut Creek, CA 94596
15 Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
16 Email:    cmellema@sonnenschein.com
             jbutler@sonnenschein.com
17           mbarker@sonnenschein.com

18 Attorneys for Defendant
   ALLSTATE INDEMNITY COMPANY
19

**IT IS SO ORDERED**
/s/ Judge Vaughn R Walker
April 7, 2010

20              UNITED STATES DISTRICT COURT
21              NORTHERN DISTRICT OF CALIFORNIA
22                   SAN FRANCISCO DIVISION

23 JAROD NEIGUM,                          No. CV 09-1758 VRW
24              Plaintiff,                **STIPULATION FOR DISMISSAL WITH PREJUDICE**
25        vs.
26 ALLSTATE INDEMNITY COMPANY,
   and DOES 1 through 100,
27
               Defendants.
28
   No. CV 09-1758 VRW                              STIPULATION FOR DISMISSAL
                                                        WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: March 18, 2010

Respectfully Submitted,

GUY KORNBLUM & ASSOCIATES

By /s/ Guy Kornblum
GUY KORNBLUM

Attorneys for Plaintiff
JAROD NEIGUM

Dated: ~~March~~ April 1, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Jeffry Butler
JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

No. CV 09-1758 VRW — - 1 - — STIPULATION FOR DISMISSAL WITH PREJUDICE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600